# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE CITY OF ANGELS CAMP, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 08-0858 LJO SMS<br><br>**ORDER TO RESET PRETRIAL CONFERENCE**<br><br>Date:  November 24, 2009<br>Time:  8:15 a.m.<br>Dept.:  4 (LJO) |

The parties have disobeyed the April 17, 2009 scheduling order and Local Rule 16-281 in their failure to file a timely joint pretrial statement. As such, this Court:

1. RESETS the pretrial conference for November 24, 2009 at 8:15 a.m. in Department 4 (LJO);

2. ORDERS the parties, no later than November 17, 2009, to file a joint pretrial conference statement in conformance with Local Rule 16-281;

3. ORDERS the parties forthwith to take all necessary action to prepare for trial; and

4. ADMONISHES counsel that further disobedience of this Court's orders and Local Rules will result in sanctions, including imposition of monetary sanctions, and that their past failure to file a timely joint pretrial statement is a predicate for sanctions more severe than monetary sanctions.

IT IS SO ORDERED.

**Dated:   October 28, 2009**                    **/s/ Lawrence J. O'Neill**

1

1                                               UNITED STATES DISTRICT JUDGE