**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD E. WILMSHURST, | CASE NO. CV F 08-0858 LJO SMS |
| Plaintiff, | **ORDER ADVANCING TRIAL DATE** |
| vs. | |
| THE CITY OF ANGELS CAMP, et al., | New Date:  December 9, 2009<br>Time:  8:30 a.m. |
| Defendants. / | |

    Due to the congestion of the Court's trial calendar, trial in the matter has been ADVANCED to December 9, 2009 at 8:30 a.m., i.e. just 3 court days sooner than scheduled originally.

    IT IS SO ORDERED.

**Dated:   November 10, 2009**              /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE