1  LAW OFFICES OF KENNETH M. FOLEY
   KENNETH M. FOLEY, ESQ. (State Bar #061143)
2  37 North Main Street, Suite 209
   Mailing Address: P. O. Box 1269
3  San Andreas, CA 95249

4  Telephone:  (209) 754-4183

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RICHARD E. WILMSHURST,                  Case No. CV-F-08-0858-WBS-SMS

12              Plaintiff,                  PLAINTIFF'S REQUEST FOR
                                            TELEPHONIC APPEARANCE FOR
13          vs.                             PRETRIAL CONFERENCE AND ORDER
                                            THEREON
14
    THE CITY OF ANGELS CAMP, and
15  CHRIS COMFORT, individually,            HEARING DATE: 11/24/09
    and as an employee of the CITY          HEARING TIME: 10:00 A.M.
16  OF ANGELS CAMP, TONY TACHEIRA,
    individually and as the CHIEF
17  OF POLICE OF THE CITY OF ANGELS
    CAMP, and DOES 1 through 20,
18  inclusive,

19              Defendants.
    _____
20

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22      Plaintiff, RICHARD E. WILMSHURST, hereby requests he and his

23  counsel, KENNETH M. FOLEY, be allowed to appear telephonically

24  for the pretrial conference scheduled November 24, 2009 at 10:00

25  a.m.

26      KENNETH M. FOLEY can be reached at (209)754-1892 on the day

27  of the hearing.

28      The reason for the requested telephonic appearance is that

1 Plaintiff's counsel has other court appearances scheduled in
2 Calaveras County Superior Court on November 24, 2009 and has a
3 scheduled mediation hearing in Stockton, California in the
4 afternoon of November 24, 2009.
5 DATED: November 23, 2009        LAW OFFICES OF KENNETH M. FOLEY

7                                 By____/s/ KENNETH M. FOLEY_____
                                     KENNETH M. FOLEY
8                                    Attorney for Plaintiff,
                                     RICHARD WILMSHURST

10                              ORDER
11     IT IS HEREBY ORDERED that counsel for <u>ALL</u> parties shall
12 appear by telephone for the pretrial conference scheduled
13 November 24, 2009 at 10:00 a.m.  The courtroom deputy shall
14 initiate the telephone conference call.
15 DATED:  November 23, 2009

17 _____
   WILLIAM B. SHUBB
18 UNITED STATES DISTRICT JUDGE

---

PLAINTIFF'S REQUEST FOR TELEPHONIC
APPEARANCE AT PRETRIAL CONFERENCE
                                   - 2 -