UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RICHARD E. WILMSHURST,

    Plaintiff,

v.

CITY OF ANGELS CAMP,

    Defendant.
_____/

NO. CIV. 1:08-0858 WBS SMS

<u>ORDER DENYING SUBSTITUTION OF COUNSEL</u>

----oo0oo----

    Plaintiff has submitted a proposed order substituting himself <u>in</u> <u>propria</u> <u>persona</u> for his attorney of record Kenneth M. Foley.  Final judgment was entered December 16, 2009, and notice of appeal was filed January 14, 2010.  The appeal was subsequently dismissed by the Court of Appeals for plaintiff's failure to file an opening brief on March 24, 2010.  Defendant filed a Bill of Costs on April 21, 2010; and the Clerk taxed the amended costs on Jun3 23, 2010.  There is accordingly nothing more pending before this court in this matter.  Plaintiff's

1

request to substitute himself for his attorney of record is therefore DENIED.

DATED:  August 26, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE