UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST, | 1:08-cv-00858-WBS-SMS |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR NONAPPEARANCE** (Doc. 76) |
| vs. | **ORDER DEEMING APPLICATION AS A RENEWED REQUEST FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFF IN PROPRIA PERSONA** (Doc. 66) |
| CITY OF ANGELS, et al., | |
| Defendants. | |
| _____/ | **ORDER GRANTING RENEWED REQUEST FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFF IN PROPRIA PERSONA** (Doc. 66) |

On November 13, 2009, this case was reassigned from Fresno District Judge Lawrence J. O'Neill (LJO) to Sacramento Senior District Judge William B. Shubb (WBS) (Doc. 34). On November 24, 2009, the pretrial conference was held telephonically before Judge Shubb in Sacramento (Doc. 39). The 3-day jury trial was held on December 10, 2009 (Doc. 49), December 11, 2009 (Doc. 50), and December 15, 2009 (Doc. 53) before Judge Shubb in Fresno. On December 16, 2009, judgment was entered in favor of defendant and against plaintiff (Doc. 56). On January 14, 2010, plaintiff filed a notice of appeal (Doc. 58), which was dismissed by the Ninth Circuit Court of Appeals on March 24, 2010 (Doc. 61).

1

1    On August 24, 2010, plaintiff's counsel filed a fully
2 executed Substitution of Attorney (Doc. 66).  On August 27, 2010,
3 Judge Shubb denied the substitution of attorney deeming, in part,
4 that, "There is . . . nothing more pending before this court in
5 this matter."  However, since judgment was entered on December
6 16, 2009, there has been a steady stream of activity filed in
7 this case.
8    On September 8, 2010, defendants filed a motion to compel
9 appearance of judgment debtor at deposition in aid of execution
10 of judgment (Doc. 68), currently set for hearing on November 19,
11 2010 at 11:00 a.m. before Judge Snyder (Doc. 73).  However, on
12 November 1, 2010, plaintiff's counsel, Kenneth Foley, filed an
13 Application for Nonappearance at the hearing on November 19, 2010
14 (Doc. 76), based on plaintiff's typed and signed statement
15 attached thereto as an exhibit (Doc. 76-1) discharging Mr. Foley
16 from representing Mr. Wilmshurst in this case effective September
17 9, 2010.  In light thereof, the Court also deems Mr. Foley's
18 Application for Nonappearance (Doc. 76) as a renewed request to
19 be relieved as counsel of record for plaintiff (Doc. 66).
20    THEREFORE, IT IS HEREBY ORDERED that:
21    1.  Mr. Foley's Application for Nonappearance (Doc. 76) at
22 the hearing set November 19, 2010 (Doc. 73) is GRANTED.
23    2.  Mr. Foley is relieved as the attorney of record for
24 plaintiff, Richard E. Wilmshurst, based on plaintiff's typed and
25 signed statement attached as an exhibit to the Application (Doc.
26 76-1).
27    3.  The Clerk's Office terminate Mr. Foley as the attorney
28 of record for plaintiff.

4. Plaintiff, Richard E. Wilmshurst, shall proceed in this case in propria persona, and the Clerk's Office shall enter Pro Se Plaintiff's information into the court docket as follows:

```
Richard E. Wilmshurst
855 Gold Cliff Road
Post Office Box 33
Angels Camp, CA 95222
(209) 736-4566
```

5. Plaintiff, Richard E. Wilmshurst, personally appear in propria persona on November 19, 2010 at 11:00 a.m. in Courtroom No. 7 for hearing as previously ordered (Doc. 73).

IT IS SO ORDERED.

**Dated:  November 10, 2010**          **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE