UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RICHARD E. WILMSHURST,

        Plaintiff,

   v.

THE CITY OF ANGELS CAMP,
CHRIS COMFORT, individually and
as employee of the City of
Angels Camp, and TONY TACHEIRA,
individually and as the Chief of
Police of the City of Angels
Camp,

        Defendants.
_____/

NO. CIV. 1:08-00858 WBS SMS

ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT

----oo0oo----

After considering the Magistrate Judge's Findings and Recommendations (Docket No. 95), plaintiff's opposition thereto (Docket No. 96), and the events leading to the Magistrate Judge's recommendation, the court hereby adopts the Findings and Recommendations in full.

IT IS THEREFORE ORDERED that plaintiff, Richard E. Wilmshurst, appear on October 20, 2011, at 8:15 a.m. in Courtroom

1

No. 4 of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, and show cause why he should not be held in civil contempt for failure to comply with the court's order that he appear for a deposition on July 8, 2011 (Docket No. 89).  Plaintiff is advised that failure to appear at the time and place designated in this Order may result in his being adjudged in contempt.

DATED:  September 27, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE